AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Matthew Bledsoe

Defendant

)
)
)   Case: 1:21-mj-00048
)   Assigned to: Judge Zia M. Faruqui
)   Assign Date: 1/13/2021
)   Description: COMPLAINT W/ARREST WARRANT
)

*Received stamp: THOMAS M. GOULD, CLERK, U.S. DISTRICT COURT, TNWD OF TN MEMPHIS — 2021 JAN 21 AM 9:10 RECEIVED*

## ARREST WARRANT

To:     Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Matthew Bledsoe                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D),(G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:    01/13/2021                                             *[signature]*  2021.01.13 16:34:22 -05'00'
                                                                *Issuing officer's signature*

City and state:    Washington, DC                               ZIA M. FARUQUI, U.S. Magistrate Judge
                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/15/21 , and the person was arrested on *(date)* 1/15/21
at *(city and state)*  Memphis, TN                                       .

Date:   1/15/21                                                *[signature]*
                                                               *Arresting officer's signature*

                                                               Littlefield, J.C.   DUSM
                                                               *Printed name and title*