*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
|---|
| United States of America |

| Defendant |
|---|
| Matthew Bledsoe |

| Case Number | Judge |
|---|---|
| 21-mj-00001 (TPM) | Chief Magistrate Judge Tu M. Pham |

I, Jerry Ray Smith, Jr. _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of
Matthew Bledsoe _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| District of Columbia Court of Appeals (D.C. Bar No. 448699) | 12/4/1995 |
| United States District Court for the District of Columbia | 9/11/2000 |
|  |  |
|  |  |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Smith | Jerry | Ray |

| Applicant's Firm Name |
|---|
| Jerry Ray Smith, Jr., Attorney at Law |

| Applicant's Address | Room/Suite Number |
|---|---|
| 717 D Street, N.W. | 310 |

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20004 |

| Applicant's Email Address |
|---|
| jerryraysmith@verizon.net |

| Applicant's Phone Number(s) |
|---|
| office: (202) 347-6101; cell: (202) 641-4211 |

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Stephen P. Hall, Assistant United States Attorney

Certificate of Consultation

I hereby certify that, on February 1, 2021, in open court before Chief Magistrate Judge Pham, I orally moved to provisionally appear pro hac vice for Mr. Bledsoe in this case. At that time, AUSA Stephen P. Hall indicated on the record that the government did not oppose me appearing pro hac vice for Mr. Bledsoe in this case. Additionally, on February 16, 2021, I exchanged e-mails with AUSA Hall. Mr. Hall indicated that the government does not oppose this motion for me to appear pro hac vice for Mr. Bledsoe in this case.

| Date | Electronic Signature of Applicant |
|---|---|
| February 16, 2021 | S/ Jerry Ray Smith, Jr. |